OREGON MESABI CORPORATION, Appellant, v. C. D. JOHNSON LUMBER CORPORATION, Appellee.

No. 11570.

Circuit Court of Appeals
Ninth Circuit.

Aug. 18, 1948.

---

Laing, Gray & Smith, Henry S. Gray, and John R. Becker, all of Portland, Or., for appellant.

King, Wood, Miller & Anderson and Robert S. Miller, all of Portland, Or., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Appellee's motion is denied for the reasons stated in the order denying a similar motion by appellee in, 169 F.2d 640, this day filed.